THE STATE v. OTTO LANGE.

22   591
31a 250

In an indictment based on the 713th Article of the Penal Code, the use of the word "steer," designating the species of the animal injured, was proper, instead of the generic term, "neat cattle," or "cattle."

APPEAL from Llano.    Tried below before the Hon. Nat. M. Burford.

It was charged in the indictment, that the defendant "willfully "and maliciously did kill a certain steer, then and there the "property," &c.    On motion of defendant, the indictment was quashed.

*Attorney General,* for the appellant.

BELL, J.    The indictment charges that the offence was committed on the 17th day of March, 1857.    The Penal Code took effect, as the law of the State, on the 1st day of February, 1857.    The indictment is therefore based on the 713th Article of the Penal Code.    The indictment is a good one.    The use of the word "steer," designating the species, was proper, instead of the generic term "neat cattle," or "cattle."    The motion to quash the indictment should have been overruled.

The judgment of the court below is therefore reversed, and the cause remanded for further proceedings.

Reversed and remanded.